RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 9/12/05
BY OM

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| FREDDIE LEE WALKER | * | CIVIL ACTION NO. 03-0154 |
| VERSUS | * | JUDGE STAGG |
| CADDO PARISH SHERIFF STEVE PRATOR, ET AL | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion for summary judgment filed by defendants (Document No.39) is hereby **GRANTED, and this matter DISMISSED without prejudice for failure to exhaust administrative remedies.** In the alternative, the defendants' motion for summary judgment on the merits is hereby **GRANTED**; this matter is **DISMISSED with prejudice**, and the motion for partial summary judgment filed by the plaintiff (Document No. 37) is hereby **DENIED**.

THUS DONE AND SIGNED this 9th day of September, 2005, in Shreveport, Louisiana.

TOM STAGG
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION